1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL J. GRIFFIN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | **CASE NO. 1:15-CR-305 LJO** |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON** |
| 13 | v. | |
| 14 | DARIAN HATCHER | |
| 15 | Defendant. | |
| 16 | | |

17        The United States of America, by and through BENJAMIN B. WAGNER, United States

18  Attorney, and DANIEL J. GRIFFIN, Assistant United States Attorneys, and the defendant Darian

19  Hatcher, by and through Victor Chavez, his attorney of record, hereby stipulate as follows:

20        1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

21  Criminal Procedure, and its general supervisory authority.

22        2.      This Order pertains to all Fresno Police audio recordings and Fresno Police recording

23  logs provided to or made available to Defense Counsel as part of discovery in this case.

24        3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

25  Fresno Police audio recordings and Fresno Police recording logs not pertaining to this case with anyone

26  other than designated defense investigators and support staff.  Defense Counsel may review the contents

27  of documents with the defendant but will not identify any such recordings or logs not pertaining to this

28  case.  The parties agree that Defense Counsel, defense investigators and support staff shall not allow the

1  defendant to view or copy such information.

2      4.    The discovery and information therein may only be used in connection with the litigation

3  of this case and for no other purpose. The discovery is now and will forever remain the property of the

4  United States Government.  Defense Counsel will return the discovery to the Government or certify that

5  it has been shredded at the conclusion of the case.

6      5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to

7  ensure that it is not disclosed to third persons in violation of this agreement.

8      6.    Defense Counsel shall be responsible for advising his or her respective defendant,

9  employees, and other members of the defense team, and defense witnesses of the contents of this

10  Stipulation/Order.

11      7.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees

12  to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

13  this Order.

14      IT IS SO STIPULATED.

15  Dated: November 23, 2015             BENJAMIN B. WAGNER
                          United States Attorney

16

17                            /s/ Daniel J. Griffin
                          DANIEL J. GRIFFIN

18                            Assistant United States Attorney

19

20  Dated:  November 23, 2015            /s/ Megan Hopkins
                          MEGAN HOPKINS

21

22  IT IS SO ORDERED.

23

24      Dated:   **November 24, 2015**       **/s/ Lawrence J. O'Neill**
                          UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation for Entry of Protective Order and Order
Thereon        2