HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DARIAN HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-CR-00305 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) TEMPORARY RELEASE OF DARIAN |
| vs. | ) HATCHER TO BIRTHDAY PARTY AT |
| | ) JOHN'S INCREDIBLE PIZZA |
| DARIAN HATCHER, | ) |
| | ) Date: 2/16/2016 |
| Defendant. | ) Judge: Honorable Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Daniel Griffin, Counsel for Plaintiff, and Assistant Federal Defender, Megan T. Hopkins, Counsel for Defendant, Darian Hatcher, that the defendant may be released from home detention to travel to John's Incredible Pizza in order to attend his six-year-old daughter's birthday party, between the hours of 2:30 p.m. and 8:00 p.m. on Sunday, February 21, 2016.

Darian Hatcher was released to the WestCare treatment program on November 12, 2015, and will complete the program on February 17, 2016. Upon completion, Mr. Hatcher will be living with his girlfriend and third-party custodian, Sasha Stevenson, under home detention with an ankle monitor. Ms. Stevenson's home cannot accommodate a birthday party for Mr. Hatcher's daughter, Dariyon Hatcher, who is turning six-years-old, and so Mr. Hatcher has arranged for a party at John's Incredible Pizza, located at 7095 N Cedar Ave, Fresno, CA 93720,

between 2:30 p.m. and 8:00 p.m. Mr. Hatcher has a close relationship with his daughter, and would like to attend the party to celebrate her birthday. Sasha Stevenson, Mr. Hatcher's third-party custodian, will attend the birthday party with him. He therefore requests that the court permit his Temporary Release for this limited purpose pursuant to 18 U.S.C. §3142(i). The pretrial services office has no objection to this request.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Dated: February 16, 2016      /s/ *Megan T. Hopkins*
          MEGAN T. HOPKINS
          Assistant Federal Defender
          Attorneys for Defendant
          DARIAN HATCHER

          BENJAMIN B. WAGNER
          United States Attorney

Dated: February 16, 2016      /s/ *Daniel Griffin*
          DANIEL GRIFFIN
          Assistant United States Attorney
          Attorneys for Plaintiff

## O R D E R

**IT IS SO ORDERED** that defendant, DARIAN HATCHER, be granted temporary release on his own recognizance from home detention on the following conditions:

1. Defendant, DARIAN HATCHER, shall be released from home detention on Sunday, February 21, 2016, from 2:30 p.m. to 8:00 p.m.

2. Defendant's travel is restricted to travel directly to John's Incredible Pizza, located at 7095 N Cedar Ave, Fresno, CA 93720 and return home immediately following the party, no later than 8:00 p.m. on Sunday, February 21, 2016.

Pretrial Service does not object to Defendant's request.

IT IS SO ORDERED.

Dated: **February 17, 2016**      **/s/ Sheila K. Oberto**
          UNITED STATES MAGISTRATE JUDGE