HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DARIAN HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-CR-00305 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) TEMPORARY RELEASE OF DARIAN |
| vs. | ) HATCHER TO MOM'S GRADUATION AND |
| | ) UNCLE'S WEDDING |
| DARIAN HATCHER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Daniel Griffin, Counsel for Plaintiff, and Assistant Federal Defender, Megan T. Hopkins, Counsel for Defendant, Darian Hatcher, that the defendant may be released from home detention to attend his mother's graduation ceremony and his uncle's wedding.

1. **Graduation of Temple Hatcher, Darian's Mother**

   Ms. Hatcher will be graduating from the Institute of Technology on Friday, March 18, 2016 at the William Saroyan Theater at the Fresno Convention Center. The ceremony is scheduled to take place from 6:30 p.m. to 9:30 p.m. He is requesting that he be permitted to leave his home at 6:00 p.m. and to return at 10:00 p.m.

///

///

**2. Wedding of Byron Simpson, Darian's Uncle**

Mr. Simpson is getting married at the Hope Lutheran Church, located at 364 East Barstow Avenue, Fresno CA 93710. The wedding and reception to follow will take place from 11:00 a.m. to 4:30 p.m. He is requesting that he be permitted to leave his home at 10:30 a.m. and to return at 5:00 p.m.

He therefore requests that the court permit his Temporary Release for these two-limited purposes pursuant to 18 U.S.C. §3142(i). The pretrial services office has no objection to this request.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: March 11, 2016            /s/ *Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        DARIAN HATCHER


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: March 11, 2016            /s/ *Daniel Griffin*
                                        DANIEL GRIFFIN
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

**O R D E R**

**IT IS SO ORDERED** that defendant, DARIAN HATCHER, be granted temporary release on his own recognizance from home detention on the following conditions:

1. Defendant, DARIAN HATCHER, shall be released from home detention on Friday March 18, 2016 from 6:00 p.m. to 10:00 p.m., and again on Saturday March 19, 2016 from 10:30 a.m. to 5:00 p.m.

/ / /

/ / /

2. Defendant's travel is restricted on March 18, 2016, to travel directly to the William Saroyan Theater at the Fresno Convention Center and return home immediately following the graduation ceremony, no later than 10:00 p.m. on March 18, 2016.

3. Defendant's travel is restricted on March 19, 2016, to travel directly to the Hope Lutheran Church, located at 364 East Barstow Avenue, Fresno CA 93710, and return home immediately following the wedding and reception, no later than 5:00 p.m. on March 19, 2016.

Pretrial Services does not object.

IT IS SO ORDERED.

Dated:   **March 11, 2016**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE