HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DARIAN HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-CR-00305 LJO-SKO |
|---|---|
| Plaintiff, | ) JOINT MOTION TO MODIFY THE |
| vs. | ) CONDITIONS OF PRETRIAL RELEASE TO REMOVE LOCATION MONITORING |
| DARIAN HATCHER, | ) |
| Defendant. | ) |

IT IS HEREBY REQUESTED by the parties through their respective counsel, Assistant United States Attorney, Daniel Griffin, Counsel for Plaintiff, and Assistant Federal Defender, Megan T. Hopkins, Counsel for Defendant, Darian Hatcher, that the terms and conditions of his pretrial release be modified to remove the location monitoring condition.

Darian Hatcher was released to the WestCare treatment program on November 12, 2015, and completed the program on February 17, 2016. Mr. Hatcher has since been residing with his girlfriend and third-party custodian, Sasha Stevenson, under home detention with an ankle monitor. Mr. Hatcher recently became employed by Foster Farms as a line operator, and began work on April 22, 2016. He is in a 90-day probationary period, during which time his employer requires him to work overtime as needed, on an on-call basis. Given the nature of Mr. Hatcher's work schedule, which varies daily and often includes very late or very early hours, he has been having difficulty negotiating his schedule with the restrictions in place due to location monitoring. Mr. Hatcher spoke with his pretrial services officer about the issue, and his officer recommended the modification requested in this joint motion.

Therefore, in order to permit Mr. Hatcher to continue working at Foster Farms without risking his employment by limiting his schedule to what location monitoring will allow, it is the request of the parties that the terms and conditions of his pretrial release be modified to remove the location monitoring condition. The pretrial services office is in agreement with this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 3, 2016 /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
DARIAN HATCHER

BENJAMIN B. WAGNER
United States Attorney

Dated: May 3, 2016 /s/ *Daniel Griffin*
DANIEL GRIFFIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

**IT IS SO ORDERED** that the terms and conditions of pretrial release as to defendant, DARIAN HATCHER, be modified to remove the location monitoring condition.

IT IS SO ORDERED.

Dated: **May 5, 2016**

UNITED STATES MAGISTRATE JUDGE