UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **OLD CASE NO 1:15-cr-00305-LJO-SKO** |
| **Plaintiff,** | **NEW CASE NO 1:15-cr-00305-DAD-BAM** |
| v. | **ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE AND MAGISTRATE JUDGE** |
| **DARIAN HATCHER,** | |
| **Defendant.** | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *United States v. Stevenson*, Case No. 1:16-cr-00170-DAD-BAM and *United States v. Gonzalez et al.*, Case No. 1:16-cr-00187-DAD-BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

| | |
|---|---|
| 1 | On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Barbara A. McAuliffe with new **CASE NO. 1:15-CR-00305-DAD-BAM**. All documents shall bear the new **CASE NO. 1:15-CR-00305-DAD-BAM** and the reassignment to U.S. District Judge Drozd and U.S. Magistrate Judge McAuliffe. |

IT IS SO ORDERED.

Dated: __October 16, 2017__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE