# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIAN HATCHER,<br><br>Defendant. | Case No. 1:15-cr-00305-DAD-BAM<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ACCESS TO SEALED TRANSCRIPT** |

Good cause having been shown, attorney Elizabeth Richardson-Royer is hereby granted access to the complete transcript of the proceedings dated May 30, 2018 in the above-captioned case, including any sealed portion(s).

IT IS SO ORDERED.

Dated: __April 14, 2020__                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE