UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:15-CR-00305-1-JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| DARIAN HATCHER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has demonstrated his financial inability to employ counsel and wishes the Court to appoint counsel to represent him.  Therefore, the Court **ORDERS**:

1. Carolyn Phillips is appointed to represent the above defendant in this case effective *nunc pro tunc* to November 29, 2023, in place of the Federal Defender. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: __November 30, 2023__

UNITED STATES DISTRICT JUDGE