CAROLYN PHILLIPS,   #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Darian Hatcher

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:15-cr-305 JLT |
|---|---|
| Plaintiff, | 1:16-cr-187 |
| v. | DEFENDANT'S UNOPPOSED REQUEST FOR A 10-DAY EXTENSION OF TIME TO FILE MOTIONS; [PROPOSED] ORDER |
| DARIAN HATCHER, | |
| Defendant. | |

On January 23, 2024, the Court ordered motions to be filed no later than March 18, 2024.  Doc. 306. Defendant requests a ten-day extension in which to file motions or until March 28, 2024.  This request is based on the need of the defense to complete further investigation and consultation with the defendant.

Counsel for the government does not object to this request.

*Petitioner's Unopposed Request for a 10-Day Extension of Time to File Motions*

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
DARIAN HATCHER

## ORDER

GOOD CAUSE appearing, defendant Hatcher's request for a ten-day extension within which to file Motions shall be extended to **March 28, 2024**.

IT IS SO ORDERED.

Dated: March 19, 2024

_____
UNITED STATES DISTRICT JUDGE

*Petitioner's Unopposed Request for a 10-Day Extension of Time to File Motions*